BY-SKY ASSOCIATES *v.* VICTOR R. POLEWSKY

The defendant's petition for certification for appeal from the Appellate Court is denied.

*Victor R. Polewsky,* pro se, in support of the petition.

*Richard H. Lamere,* in opposition.

Decided April 12, 1990

STATE OF CONNECTICUT *v.* DANIEL HAYES

The defendant's petition for certification for appeal from the Appellate Court, 20 Conn. App. 737, is denied.

*Milo J. Alschuler,* in support of the petition.

*Leah Hawley,* assistant state's attorney, in opposition.

Decided April 12, 1990

SUSAN R. CURZI *v.* KENNETH J. CURZI

The defendant's petition for certification for appeal from the Appellate Court, 21 Conn. App. 5, is denied.

*Mark Wawer,* in support of the petition.

*Mark M. Wrenn,* in opposition.

Decided April 12, 1990

JORGE VELEZ *v.* RICHARD ZAPPONE ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 21 Conn. App. 812, is denied.

*Edward T. Dodd, Jr.,* in support of the petition.

*Hilliary H. Horrocks,* in opposition.

Decided April 12, 1990